# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0938. OMESHIA NEWTON et al. v. SQUARE FOOT MINISTRY, INC. et al.

Plaintiffs Omeshia Newton and Daniel Edd Bland III filed a petition to quiet title against defendants Square Foot Ministry, Inc. and Jeff Williams. Both defendants filed motions to dismiss for failure to state a claim, and the trial court granted both motions. Plaintiffs filed a motion to reconsider, and a few days later, a motion for new trial. The trial court dismissed the motion for new trial and denied the motion for reconsideration, and the plaintiffs filed the instant notice of appeal. We, however, lack jurisdiction.

A motion for new trial, when timely filed, extends the time to file a notice of appeal. See OCGA § 5-6-38 (a). However, a party cannot move for new trial if no trial has been had. And "[w]here a motion for new trial is not a proper vehicle for review of a trial court's action, the motion has no validity and will not extend the time for filing the notice of appeal." *Debter v. Stephens*, 297 Ga. 652, 652 (777 SE2d 244) (2015) (citation and punctuation omitted). Importantly, OCGA § 9-11-60 (c) provides a "motion for a new trial must be predicated upon some intrinsic defect which does not appear on the face of the record or pleadings. It is not proper, therefore, to contest the sufficiency of an opponent's pleadings via motion for new trial." *Pillow v. Seymour*, 255 Ga. 683, 684 (341 SE2d 447) (1986) (appeal dismissed from order denial of motion for new trial following grant of motion to dismiss for failure to state a claim); see, e. g., *Sands v. Lamar Properties, Inc.*, 159 Ga. App. 718 (285 SE2d 24) (1981) (appeal dismissed from order denying motion for new trial where trial court ruled on a

declaratory judgment as a matter of law); *Shine v. Sportservice Corp.*, 140 Ga. App. 355. 355 (231 SE2d 130) (1976) (appeal dismissed where appellant sought review of the grant of a summary judgment with a motion for new trial).

Plaintiffs also filed a motion for reconsideration, but a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order. Furthermore, the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's order dismissing the motion for new trial and denying the motion for reconsideration is not an appealable order. Accordingly, the plaintiffs' appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___02/05/2025_____

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.